**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
  E-Mail: John.Poulos@lewisbrisbois.com
CHRISTOPHER R. RODRIGUEZ, SB# 212274
  E-Mail: Chris.Rodriguez@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OCOTILLO LAW & POLICY PARTNERS, LLP**
PADRAIC I. MCCOY, SB# 223341
  E-Mail: mccoy@olp-partners.com
RORY E. DILWEG, SB# 225828
  E-Mail: rdilweg@olp-partners.com
6650 Gunpark Drive, Suite 100
Boulder, CO 80301
Telephone: 303.500.7756
Facsimile: 303.558.3893

Attorneys for Plaintiff, THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS, a federally recognized Indian Tribe,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMADOR COUNTY, CALIFORNIA; and THE AMADOR COUNTY BOARD OF SUPERVISORS,<br><br>　　　　　Defendants. | CASE NO. 2:20-CV-01383-MCE-AC<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

1  **WHEREAS,** on July 9, 2020, THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS ("Plaintiff") filed its Complaint for (1) declaratory and injunctive relief, (2) an accounting, (3) rescission, (4) breach of the covenant of good faith and fair dealing, (5) specific performance, and (6) unfair business practices against defendants AMADOR COUNTY, CALIFORNIA and THE AMADOR COUNTY BOARD OF SUPERVISORS (together, "Defendants"); and

**WHEREAS,** Plaintiff, through its counsel of record, has met and conferred with Defendants, through their counsel of record, in connection with Plaintiff's intent to file a First Amended Complaint in this matter; and

**WHEREAS,** a copy of Plaintiff's proposed First Amended Complaint, which has previously been circulated to, and reviewed by Defendants' counsel, is attached hereto as Exhibit A.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file its First Amended Complaint, a copy of which is attached hereto as Exhibit A;

2. For purposes of any statute of limitations, Plaintiff shall be deemed to have filed the First Amended Complaint upon the filing of this stipulation, and Defendants in any event agree to the tolling of any unexpired statute of limitations applicable to any claim set forth in the First Amended Complaint, as of the date of filing of this stipulation; and

///
///
///
///
///
///
///
///

3. Defendants' pleading in response to Plaintiff's First Amended Complaint shall be due thirty days after the Court's order entered in connection with this stipulation.

**IT IS SO STIPULATED.**

DATED: February 1, 2021          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Christopher R. Rodriguez*
Christopher R. Rodriguez
Attorneys for Plaintiff, THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE

DATED: February 1, 2021          NIELSEN MERKSAMER PARRINELLO GROSS & LEONI LLP

By:     */s/ Christopher E. Skinnell*
Christopher E. Skinnell
Attorneys for Defendants AMADOR COUNTY, CALIFORNIA; and THE AMADOR COUNTY BOARD OF SUPERVISORS

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE, is granted leave to file its First Amended Complaint, a copy of which is attached hereto as Exhibit A.

**IT IS ALSO ORDERED** that Defendants AMADOR COUNTY, CALIFORNIA's and THE AMADOR COUNTY BOARD OF SUPERVISORS' responsive pleading shall be due thirty days after the date of this Order.

**IT IS FURTHER ORDERED** that the First Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

Dated: February 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE